## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON T. REYNOLDS,** )<br>**c/o FLC, INC.** )<br>**113 MC HENRY RD. #173** )<br>**BUFALO GROVE, IL** )<br> )<br>**v.** )<br> )<br>**UNITED STATE DEPT. OF JUSTICE** )<br>**950 PENNSYLVANIA AVE, NW,** )<br>**WASHINGTON, D.C. 20530-0001** ) | Case: 1:16–cv–01428<br>Assigned To : Unassigned<br>Assign. Date : 7/11/2016<br>Description: Pro Se Gen. Civil |

### ORIGINAL COMPLAINT

#### Introduction

1.     Through this action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. Section 552, et seq., Plaintiff Jason T. Reynolds ("Reynolds"), seeks to compel the Defendant, United States Department of Justice ("DOJ") to produce records requested from the Executive Office for United States Attorneys ("EOUSA"), under FOIA.

#### Parties

2.     Reynolds is a federal prisoner under the direct supervision of the federal Bureau of Prisons. Rendon is pursuing this action pro-se, and his mailing address is c/o FLC, Inc., 113 McHenry Rd., Buffalo Grove, IL, 60089.

3.     Defendant DOJ may be served at 950 Pennsylvania Ave., N.W., Washington, D.C., 20530-0001.





RECEIVED
Mail Room

JUN -26 2016

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## Venue

4.    Venue under 5 U.S.C. Section 552(a)(B) is appropriate in the District of

Columbia.

## Statement of Facts

5.    On March 31, 2015, Reynolds submitted by mail a FOIA request to the

U.S. Department of Justice EOUSA, and followed up same with a

second request  to the same office on June 15, 2015.

6.    That Rendon requested that USDOJ, "copies of all documents relevant to

the search of Mr. Reynolds home prior to and during his arrest.  There

were approximately 30 agents from the FBI and IRS present, including

Ms. Melissa Blake.  We are interested in all of he agent's reports and

7.    That, to date, EOUSA and the US DOJ have failed to even acknowledge

Reynolds' requests.


## COUNT I

8.     Paragraphs one through seven of this Original Complaint are hereby

reincorporated as fully set forth herein;

9.    That Defendant USDOJ has failed to respond to Reynolds' request for

records under FOIA in accordance with the time limits set forth in 5

U.S.C. Section 552(a)(6)(A)(i);

10.     That As a result of Defendants' failure to properly respond to the   FOIA

request, Reynolds is deemed to have exhausted his administrative

remedies under 5 U.S.C. Section 552(a)(6)(C)(i)


## RELIEF REQUESTED

11. Reynolds respectfully request the Court order Defendant USCS produce the

records described here to Rendon;

12. That Reynolds receive his costs, and such other relief as this Court deems

just.


Respectfully submitted,

Jason T. Reynolds
c/o FLC
113 McHenry Rd. #173
Buffalo Grove, IL 60089